**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TAWNYA ROMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-1649 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| ERIC RYAN CORPORATION, *et al*,, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendants Eric Ryan Corporation and Keith Venezie's Motion to Dismiss (Doc. 10) is

DENIED WITHOUT PREJUDICE.

Given that motions pursuant to Federal Rule of Civil Procedure 12(b) are discouraged if

the pleading defect is curable by amendment, IT IS FURTHER ORDERED that the parties are to

meet and confer prior to the filing of any renewed 12(b) motion to determine whether it can be

avoided.  Any subsequent motion to dismiss must be accompanied by a certificate of the

Defendant, stating that it has made good faith efforts to confer with the Plaintiff to determine

whether the identified pleading deficiencies properly may be cured by amendment.  Any motion

to dismiss that does not contain the required certification will be summarily denied**.**

IT IS SO ORDERED.


January 9, 2017                                             s/Cathy Bissoon_____
                                                          Cathy Bissoon
                                                          United States District Judge

1

cc (via ECF email notification):
All Counsel of Record