# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAWNYA ROMAN | ) |
| | ) |
| | ) Case No. 2:16-cv-01649 |
| Plaintiff, | ) |
| v. | ) Judge Cathy Bissoon |
| | ) |
| THE ERIC RYAN CORPORATION | ) |
| and KEITH VENEZIE in his individual | ) |
| capacity, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby stipulates to the dismissal of this matter, with prejudice. Each party will bear its own costs.

Dated: March 28, 2018

Respectfully submitted,

/s/  Christi Wallace
CHRISTI WALLACE, ESQUIRE
Kraemer, Manes & Associates, LLC
US Steel Tower, 48th Floor
600 Grant Street, Suite 4875
Pittsburgh, PA 15219


SO ORDERED:

_____
Honorable Cathy Bissoon